November 13, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

JAVIER GONZALEZ, Appellant

NO. 14-11-00612-CV
V.

CHAMPION TECHNOLOGIES, INC., Appellee

_____

       This cause, an appeal from the judgment in favor of appellee, Champion Technologies, Inc., signed, March 30, 2011, was heard on the transcript of the record. We have inspected the record and find the trial court erred in granting summary judgment against appellant Javier Gonzalez's causes of action for national origin discrimination and retaliation. We therefore order that the portions of the judgment that grant summary judgment against and dismiss those causes of action are **REVERSED** and ordered severed and **REMANDED** for further proceedings in accordance with this court's opinion.

       Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

       We order appellee, Champion Technologies, Inc., to pay all costs incurred in this appeal.

       We further order this decision certified below for observance.